

**ORDERED in the Southern District of Florida on September 29, 2016.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Case No.: **16-23180-JKO**

**Antonio Franco**,

Chapter  **13**

Debtor.
_____/

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH 2 YEAR PREJUDICE PERIOD AND 2 YEAR PROSPECTIVE IN REM STAY RELIEF AWARDED

This case was filed on September 27, 2016, possibly imposing the automatic stay of 11 U.S.C. § 362(a) with respect to real property located at 15766 NW 10th Street, Hollywood, FL 33028. Debtor has three prior bankruptcy petitions which appear to have also imposed the automatic stay with respect to the same real property: 14-20825-RBR (filed May 12, 2014, dismissed on May 30, 2014); 12-15343-RBR (filed March 5, 2012, dismissed on March 20, 2012); 11-16097-JKO (filed March 8, 2011, dismissed on March 28, 2011).

The Debtor has filed three previous bankruptcies which were dismissed due to failure by the Debtor to comply with basic obligations imposed by the Bankruptcy Code. It accordingly appears that these bankruptcy filings may be part of a scheme to delay, hinder, or defraud creditors such that *sua sponte* two-year prospective *in rem* stay relief may be appropriate under 11 U.S.C. §§ 105(a) and 362(d)(4)(B), or some other *sua sponte* judicial action. It may additionally be appropriate to dismiss this case with a two-year prejudice period, pursuant to 11 U.S.C. §§ 105(a) and 349(a).

It is hereby ORDERED that a show-cause hearing will be conducted on November 1, 2016 at 11:00 AM in Courtroom 301, 299 East Broward Blvd, Fort Lauderdale, FL 33301. Any interested party opposed to the entry of an order granting two-year prospective *in rem* stay relief and dismissal of this case with a two-year prejudice period is directed to appear and show cause why such an order should not be entered.

# # #

Copies to:

All interested parties registered to receive notice, including the entire creditor body.